MINNIE NOBLE, as Administratrix of THOMAS NOBLE, Deceased, Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

*Noble* v. *N. Y. C. & H. R. R. R. Co.*, 20 App. Div. 40, affirmed.
(Argued October 5, 1899; decided November 28, 1899.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered July 15, 1897, unanimously affirming a judgment in favor of plaintiff entered upon the verdict of a jury, and also affirming an order denying a motion for a new trial.

*Frank Loomis, Charles C. Paulding* and *Samuel E. Williamson* for appellant.

*Arthur J. Burns* for respondent.

Judgment and order affirmed, with costs; no opinion.

All concur, except PARKER, Ch. J., and O'BRIEN, J., dissenting, and GRAY, J., not sitting.